UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

CLARENCE JOHNSON,

               Petitioner,

    vs.

STEVE SINCLAIR,

               Respondent.

NO.  CV-08-325-CI

ORDER ADOPTING REPORT AND
RECOMMENDATION AND TRANSFERRING
PETITION TO WESTERN DISTRICT OF
WASHINGTON

    Magistrate Judge Imbrogno filed a Report and Recommendation on November 14, 2008, recommending Mr. Johnson's habeas corpus petition be transferred to the Western District of Washington.  There being no objections, the court **ADOPTS** the Report and Recommendation.

    Therefore, **IT IS ORDERED** this action is **TRANSFERRED** to the United States District Court for the Western District of Washington.  The court notes Mr. Johnson has paid the $5.00 filing fee.

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, and forward a copy to Petitioner.  The District Court Executive is further directed to forward this file with a copy

//

//

//

ORDER ADOPTING REPORT AND RECOMMENDATION AND
TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON -- 1

1   of this Order to the Clerk of the United States District Court for the

2   Western District of Washington and close the file in this district.

3        **DATED** this 12th day of December 2008.

4

5                          s/Robert H. Whaley

6                        ROBERT H. WHALEY
                  CHIEF UNITED STATES DISTRICT JUDGE
7

8
    Q:\CIVIL\2008\Johnson\8cv325ci-12-10-adptrhcwd.wpd
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  ORDER ADOPTING REPORT AND RECOMMENDATION AND
    TRANSFERRING PETITION TO WESTERN DISTRICT OF WASHINGTON -- 2